FILED

2025 Nov-14  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| CHRIS DWAYNE WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 6:25-cv-00442-MHH-HNJ |
| | ) | |
| JOHN HAMM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **MEMORANDUM OPINION**

On August 1, 2025, the Magistrate Judge entered a report, (Doc. 11), in which he recommended that the Court dismiss without prejudice petitioner Chris Dwayne Williams's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. 1), because this district court lacks subject matter jurisdiction over the successive petition. Mr. Williams has not objected to the report.[1]

After consideration of the Court's electronic record in this case, the Court adopts the magistrate judge's report and accepts his recommendation. Consistent with that recommendation, by separate order, the Court will dismiss Mr. Williams's

---

[1] On August 11, 2025, Mr. Williams filed a Notice of Change of Address. (Doc. 12). On August 18, 2025, the postal service returned the August 1, 2025, Report and Recommendation to the Court as undeliverable. (Doc. 13). On September 18, 2025, the Magistrate Judge directed the Clerk of Court to mail a copy of the report to Mr. Williams at his new address and allowed Mr. Williams an additional 14 days to file objections. (Doc. 14). To date, the report sent to Mr. Williams at his new address has not been returned to the Court as undeliverable.

petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. 1), without

prejudice.

**DONE** and **ORDERED** this November 14, 2025.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE